# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY CLEMONS,<br><br>    Plaintiff,<br><br> v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. CV 09-08197-JEM<br><br>**JUDGMENT** |

  In accordance with the Memorandum Opinion and Order Reversing Decision of Commissioner and Remanding for Further Proceedings filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and REMANDED for further proceedings in accordance with law and with the Memorandum Opinion and Order.

DATED: December 14, 2010          */s/ John E. McDermott*
                        JOHN E. MCDERMOTT
                     UNITED STATES MAGISTRATE JUDGE